UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JORGE SOTO,

                Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 903 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/20

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Thursday, January 16, 2020, is adjourned to January 21, 2020, at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
January 7, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE