UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

       v.                                                  19-CR-903 (KMW)

**<u>ORDER</u>**

JORGE SOTO,

                       Defendant.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for March 23, 2020 at 11:00 a.m. is adjourned *sine die*. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

Dated: New York, New York
       March 17, 2020                                         /s/ Kimba M. Wood
                                                                    KIMBA M. WOOD
                                                            United States District Judge