UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JORGE SOTO,

                                Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/2/20_____

19-CR-903 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court refers the defendant's April 1, 2020, bail application to Magistrate's Court.

    SO ORDERED.

Dated: New York, New York
      April 2, 2020

                                                                /s/ Kimba M. Wood /
                                                                   KIMBA M. WOOD
                                                            United States District Judge