```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/2/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                19-CR-903 (KMW)

    -against-

                **ORDER**

JORGE SOTO,

              Defendant.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    The Court refers the defendant's April 1, 2020, bail application to Magistrate's Court.

    SO ORDERED.

Dated: New York, New York
      April 2, 2020

                                                      /s/ Kimba M. Wood /
                                                       KIMBA M. WOOD
                                           United States District Judge