```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 10, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

JORGE SOTO,

                      Defendant.
----------------------------------------------------------X

19-CR-903 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       On June 8, 2020, Defendant submitted a letter motion for an order granting his release, or, in the alternative, a bail hearing, due to the danger he faces from the COVID-19 pandemic. (ECF No. 26.)

       By 12:00 p.m. on June 16, 2020, the Government shall inform the Court, in writing, whether it opposes Defendant's motion, and, if so, of the ground for its opposition.

       SO ORDERED.

Dated: New York, New York
       June 10, 2020

                                                   /s/ Kimba M. Wood
                                                   KIMBA M. WOOD
                                            United States District Judge