# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/20

September 4, 2020

**MEMO ENDORSED**

BY ECF
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Jorge Soto**
      **19 Cr. 903 (KMW)**

Honorable Judge Wood:

I write with the consent of the Government to request that the court adjourn the September 11 status conference and schedule a change of plea hearing. Both parties are available for a change of plea proceeding the week of September 21 (*except 9/22*) and September 28. As noted, the Government consents to the adjournment. I am not available on September 11 due to a conflicting proceeding before Judge Cote.

Mr. Soto consents to the exclusion of time under the Speedy Trial Act until the date of the next hearing.

Thank you for your consideration of this matter.

*The Court sets a control date for the next conference, for October 16, 2020, at 9:00 a.m. The Court refers the change of plea to Magistrate's Court.*

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

cc:   AUSA Daniel Nessim

SO ORDERED: N.Y., N.Y. 9/8/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA                  :

    -v-                                                            :                    ORDER

JORGE SOTO,                                             :                    19 CR 903 (KMW)

                 Defendant.              :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The Court schedules a control date, for the next conference, on October 16, 2020, at 9:00 a.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for September 11, 2020, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until October 16, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
         September 8, 2020

                                                     KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE