# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/20

September 20, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: <u>United States v. Jorge Soto</u>
    **19 Cr. 903 (KMW)**

Honorable Judge Wood:

I write with the consent of the Government to request that the Court allow Mr. Soto's change of plea proceeding to be conducted remotely in Magistrate Court, pursuant to the CARES Act. I make this request in light of the ongoing COVID-19 pandemic and the inherent risks to the parties of conducting an in-person proceeding at this time.

Moreover, as the Court is aware, Mr. Soto is currently detained at the Metropolitan Correctional Center (MCC) in New York. The MCC requires all individuals who attend in-person hearings to be placed in isolation in the Special Housing Unit for at least 14 days following the hearing. During this time in isolation, they are denied email, phone calls, and movement outside of their cell. In light of this policy and given the nature of the proceeding, Mr. Soto requests a remote plea hearing.

I therefore respectfully request that the Court find that failing to go forward remotely at this time would result in serious harm to the interests of justice. Once such a finding has been made, the Government will be able to schedule Mr. Soto's change of plea proceeding with the Magistrate Court. **] Granted**

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Zawadi Baharanyi N.Y., N.Y.

SO ORDERED: 9/22/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.