UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

JORGE SOTO

                                        Defendant.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/20

19 CR 903 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

       The Defendant is scheduled to be sentenced on January 4, 2021 at 11:00 a.m.

       The Presentence Investigation Report is due to the Court on December 28, 2020.

       Any sentencing submissions by Defendant must be made by December 29, 2020, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

       Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea.  The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea.  The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing.  All counsel **must** review the Court's Individual Rules before submitting sentencing memoranda.

       Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

       Any response or other submission from the Government is due December 31, 2020.

SO ORDERED

Dated:   New York, New York
           October 20, 2020

                                                           KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE