```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED: 10/20/20             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - v. -

JORGE SOTO,

        Defendant.

- - - - - - - - - - - - - - - - - X

         ORDER

         19 Cr. 903 (KMW)

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 5, 2020;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is
accepted.

Dated:  New York, New York
        October 20, 2020

                              SO ORDERED:

                              _____
                              HONORABLE KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK