UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JORGE SOTO,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 903 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/20

KIMBA M. WOOD, District Judge:

    The sentencing in the above-captioned case, currently scheduled for January 4, 2021, is adjourned to Tuesday, February 9, 2021, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
         November 16, 2020

                                                  KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE