# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 21, 2021

By ECF

The Honorable Kimba M. Wood
United States District Judge
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

> **Re:** **United States v. Jorge Soto**
> **19 Cr 903 (KMW)**

Dear Judge Wood:

In light of the ongoing COVID-19 public health emergency and Chief Judge McMahon's order suspending in-person court proceedings, I write to request an adjournment of Mr. Soto's February 9, 2021 sentencing hearing to the week of March 8, 2021, with the hope that a hearing can be safely conducted in person at this time. This is Mr. Soto's first request for an adjournment of his sentencing hearing. The Government consents to this request and is available for a hearing the week of March 8.

*Sentencing is adjourned to March 11, 2021, at 11:00 a.m. Defendant's submission is due by February 25. Government submission is due by March 4.*

Respectfully submitted,

/s/

Zawadi Baharanyi
Assistant Federal Defender
917-612-2753/212-417-8735

cc:    Daniel Nessim
      Assistant United States Attorney
      (by ECF)

*Kimba M. Wood* 1/21/21
SO ORDERED