UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/26

        -against

JORGE SOTO,

**ORDER**
19 CR 903 (KMW)

                    Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court has received the Defendant's February 25, 2026 Motion for Early Termination

of Supervised Release, and the Government's March 5, 2026, Reply in Opposition.

The Court grants the Defendant's motion for early termination of supervision.

Supervised release is hereby terminated.

SO ORDERED.

Dated: New York, New York
      March 10, 2026

                                  _____
                                   KIMBA M. WOOD
                        UNITED STATES DISTRICT JUDGE